# FILED

12/20/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0486

## IN THE SUPREME COURT OF THE STATE OF MONTANA
## Cause No. DA 22-0486

| | |
|---|---|
| GILBERT R. JOHNSTON, et al.,, <br><br> Plaintiffs and Appellants, <br><br> vs. <br><br> FIRST AMERICAN TITLE COMPANY, <br><br> Defendant and Appellee. | **ORDER GRANTING APPELLEE'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF** |

Upon consideration of Appellee First American Title Company's unopposed motion seeking a 30-day extension of time to file its response brief, and for good cause, the motion is GRANTED. Appellee shall file its response brief to Appellants' opening brief on or before February 3, 2023.

ELECTRONICALLY SIGNED AND DATED BELOW

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 20 2022